**696**

**95 So.2d 804**

**Ralph B. CHAMPION**

v.

**STATE.**

**7 Div. 348.**

Supreme Court of Alabama.

Feb. 21, 1957.

Rehearing Denied June 20, 1957.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile, and H. R. Burnham, Anniston, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Ralph B. Champion for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Champion v. State, 95 So.2d 803.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

**99 So.2d 552**

**Katie CRAWFORD et al.**

v.

**Emma G. WELBORN, alias.**

**4 Div. 917.**

Supreme Court of Alabama.

Oct. 8, 1957.

J. W. Brassell, Phenix City, for appellants.

Smith & Smith, Phenix City, for appellee.

PER CURIAM.

Appeal dismissed. Rule 12, Supreme Court Rules, Code 1940, Tit. 7 Appendix.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and COLEMAN, JJ., concur.

**99 So.2d 552**

**Robert DILLARD**

v.

**REPUBLIC CREOSOTING CO., Inc.**

**I Div. 746.**

Supreme Court of Alabama.

Oct. 10, 1957.

Vernon Z. Crawford, Mobile, for appellant.

Inge & Twitty, Mobile, for appellee.

PER CURIAM.

Affirmed. Rule 12, Supreme Court Rules, Code 1940, Tit. 7 Appendix.